UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  Chapter 13

Burnice Wallace,  Case No. 20-20222

Debtor.

NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN

PLEASE TAKE NOTICE that Connexus Credit Union by its undersigned attorney hereby withdraws its Objection to Confirmation of Plan (ECF No. 14) based on the Amended Plan (ECF No. 21) as filed February 1, 2021.

Dated this 5th day of February 2021.

CONNEXUS CREDIT UNION

By: _/s/ Michael A. Stueland_
Michael A. Stueland
Attorney Bar Registration No. 1066376
Corporate Counsel for Creditor

P.O. Box 8026
Wausau, WI  54402-8026
Phone: 715-679-9325 (direct)
Email: michaels@connexuscu.org

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                                               Chapter 13

Burnice Wallace,                                          Case No. 20-20222

       Debtor.

CERTIFICATE OF SERVICE

      The undersigned, Michael A. Stueland, being an attorney admitted to practice law in this Court, declares and certifies that I am Corporate Counsel for the creditor herein, Connexus Credit Union, and that on the 5th day of February 2020, I electronically filed a Withdrawal of Objection to Confirmation of Plan, and that copies of this document were electronically served as follows:

    David M Siegel *(Attorney for Debtor)*
    David M. Siegel & Associates
    790 Chaddick Drive
    Wheeling, IL 60090
    davidsiegelbk@gmail.com

    Patrick S Layng *(U.S. Trustee)*
    Office of the U.S. Trustee, Region 11
    219 S Dearborn St, Room 873
    Chicago, IL 60604
    USTPRegion11.ES.ECF@usdoj.gov

    Marilyn O Marshall *(Trustee)*
    224 South Michigan Ste 800
    Chicago, IL 60604
    courtdocs@chi13.com

    PRA Receivables Management, LLC *(Creditor)*
    PO Box 41021
    Norfolk, VA 23541
    claims@recoverycorp.com

Brenda Ann Likavec *(Attorney for Creditor Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W5)*
Codilis & Associates, P.C.
15W030 N Frontage Road
Burr Ridge, IL 60527
ND-One@il.cslegal.com

Dated this 5th day of February 2021.

                                                By:  */s/ Michael A. Stueland*
                                                         Michael A. Stueland

P.O. ADDRESS
P.O. Box 8026
Wausau, WI  54402-8026